NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DONALD E. WATERS,⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Appellant,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀Case No. 2D18-2709
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
STATE OF FLORIDA,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Appellee.⠀⠀⠀⠀⠀⠀)
_____)

Opinion filed January 23, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Keith P. Spoto,
Judge.

Donald E. Waters, pro se.

PER CURIAM.

⠀⠀⠀⠀⠀⠀Affirmed.  See § 775.082(9)(a)(1)(q), Fla. Stat. (2008); James v. U.S., 550

U.S. 192 (2007); Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Tillman v. State, 609 So.

2d 1295 (Fla. 1992); Ross v. State, 601 So. 2d 1190 (Fla. 1992); Lamb v. State, 32 So.

3d 117 (Fla. 2d DCA 2009); Coughlin v. State, 932 So. 2d 1224 (Fla. 2d DCA 2006) (en

banc); State v. Dehart, 913 So. 2d 616 (Fla. 2d DCA 2005); Royal v. State, 908 So. 2d

1167 (Fla. 2d DCA 2005); Hall v. State, 821 So. 2d 1154 (Fla. 2d DCA 2002); Jacobs v.

State, 162 So. 3d 29 (Fla. 4th DCA 2014); Williams v. State, 898 So. 2d 966 (Fla. 3d

DCA 2005); <u>Washington v. State</u>, 895 So. 2d 1141 (Fla. 4th DCA 2005); <u>Davis v. State</u>, 880 So. 2d 1292 (Fla. 3d DCA 2004).

NORTHCUTT, SLEET, and SALARIO, JJ., Concur.